# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0798. RICHARD LUEDEE v. THE STATE.**

In 2016, Richard Luedee was convicted of kidnapping and other crimes. He appealed and in an unpublished opinion, this Court vacated the trial court's ruling on his motion for new trial and remanded for further proceedings. See *Luedee v. State*, Case No. A23A0636 (July 10, 2023).

After the case was remitted to the trial court, Luedee filed an amended motion for new trial. Later Luedee filed an "Ex Parte Request for Appointment of Substitute Appellate Counsel." The trial court denied the motion for appointment of substitute appellate counsel and, in doing so, declined to exercise its discretion to recognize the filing or allow hybrid representation under *Johnson v. State*, 315 Ga. 876 (885 SE2d 725) (2023). From that order, Luedee filed a pro se notice of appeal. We, however, lack jurisdiction.

Luedee's amended motion for new trial remains pending before the trial court and thus Luedee was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Additionally, to the extent that Luedee's motion sought a certificate of immediate review from the trial court, that court denied his request. And the denial of a request for a certificate of immediate review is not an appealable ruling. *Price v. State*, 237 Ga. 352, 352-353 (2) (227 SE2d 368) (1976).

For the above reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___01/02/2025_____*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*